UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In Re: )
    DARYL DUPREE )
) CASE NO. 21-80394
Debtor(s) )

## NOTICE OF APPEARANCE

Now Comes, Leonard N. Math, and files this Notice of Appearance in the above styled action on behalf of THE HEALTH CARE AUTHORITY FOR BAPTIST HEALTH, An Affiliate of UAB HEALTH SYSTEM and requests that further notices in this case on behalf of said creditor be sent to him as counsel of record.

/s/ Leonard N. Math

OF COUNSEL:
Leonard N. Math
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
(334) 272-2230
lmath@chambless-math.com

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below on this  17TH  day of  June, 2021.

x    by electronic service

SABRINA L. MCKINNEY
CHAPTER 13 TRUSTEE
PO BOX 173
MONTGOMERY AL 36101-0173
trustees_office@ch13mdal.com

PAUL D. ESCO
ATTORNEY AT LAW, LLC
2800 ZELDA ROAD; STE 200-7
MONTGOMERY AL 36106
paul.esco@aol.com

/s/ Leonard N. Math